# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 17, 2025

_____

RULE 46 ADDITIONAL COPIES

_____

No. 25-1298,    Jeffrey Turner v. Town of Narrows
7:23-cv-00371-EKD-CKM

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 09/22/2025**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Response Brief | 1 | Appellee |

/s/ NWAMAKA ANOWI, CLERK